```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MIROSLAVA ORDAZ,           ) | No.  CV 13 - 1657 SH |
| ) | |
| Plaintiff,           ) | ORDER AWARDING EAJA FEES |
| ) | |
| v.           ) | |
| ) | |
| CAROLYN W. COLVIN           ) | |
| Acting Commissioner Of Social Security,  ) | |
| ) | |
| Defendant.           ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,300.00) subject to the terms of the stipulation.

DATE: 6/4/14        _____

HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-